IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 1:07-cr-00052 Erie |
| | ) | (Civ. No. 12-61 Erie) |
| JASON SCALISE, | ) | |

## ORDER

Pending before the Court is Petitioner Jason Scalise's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed at Criminal No. 07-52 Erie. ECF No. 86. An Evidentiary Hearing on the motion was set for Thursday, July 23, 2015 at 10:00 a.m. The parties have filed a joint request to resolve the motion to vacate and to proceed to a sentencing hearing. We will grant the request and set a sentencing hearing. Accordingly, the following Order is hereby entered.

AND NOW, to-wit, this __20th__ day of July, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that the Joint Request to Resolve Motion to Vacate, Set aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is GRANTED as follows.

1. Petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is GRANTED.
2. The Judgment of Sentence entered August 6, 2009 is hereby VACATED.
3. A new Sentencing hearing is hereby set for **Thursday, September 17, 2015, at 10:00 a.m.** in Courtroom 8A, 8th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.
4. The evidentiary hearing set for July 23, 22015 is CANCELLED.
5. The Parties may file a Position with Respect to Sentencing Factors no later than **August 27, 2015**. A party may file a response to the opposing party's Position with Respect to Sentencing Factors no later than **September 3, 2015**. A party may file supplemental information or a Sentencing Memorandum no later than **September 10, 2015**.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge